**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SARAH GENENBACHER, *individually and on behalf of all others similarly situated*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEE ENTERPRISES, INCORPORATED, )<br>D/B/A ST. LOUIS POST DISPATCH, )<br>)<br>Defendant. ) | Case No. 4:25CV84 JAR |

**ORDER**

After review of the parties' Joint Scheduling Plan [ECF No. 24], the Court will set this matter for a Rule 16 Conference.

Accordingly,

**IT IS HEREBY ORDERED** that a Rule 16 Conference is set in this matter for **Tuesday, July 1, 2025** at **2:30 p.m. CDT** via telephone. Counsel are directed to call **669-254-5252** and enter meeting ID **160 878 4858**.

Dated this 26th day of June, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE