UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH GENENBACHER, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:25CV84 JAR |
| LEE ENTERPRISES, INCORPORATED, D/B/A ST. LOUIS POST DISPATCH, | ) ) ) ) |
| Defendant. | ) |

## CASE MANAGEMENT ORDER – TRACK 3: COMPLEX

This matter is before the Court following the parties' submission of a joint proposed scheduling plan [ECF Doc. 24]. Following a Rule 16 Conference call and consideration of each party's arguments, the Court will bifurcate discovery in this case. The first phase of discovery will be limited to the issues of whether the call to Plaintiff was a "telephone solicitation" by virtue of the parties' established business relationship ("EBR") and the named Plaintiff's alleged revocation of consent.

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri,

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case:

**I. SCHEDULING PLAN**

1. **Track:** At the parties' request, this case is assigned to **Track 3 (Complex)**.

2. **Discovery**: Discovery shall proceed in the following manner:

    a. The parties shall make all initial disclosures required by Fed. R. Civ. P. 26(a)(1) by **July 11, 2025**.

    b. Any motion to compel relating to the first phase of discovery shall be pursued in a diligent and timely manner.

    c. The parties shall complete the first phase of discovery by **September 1, 2025**.

    d. The presumptive limits of ten (10) depositions per side as set forth in Fed. R. Civ. P. 30(a)(2)(A) and twenty-five (25) interrogatories per party as set forth in Fed. R. Civ. P. 33(a) shall apply.

3. **Dispositive Motions**: Any motions for summary judgment or other dispositive motions relating to the first phase of discovery shall be filed by **September 19, 2025**. Briefing shall be governed by Local Rule 4.01.

4. **Exhibits**: Each exhibit filed with any motion must be labeled with a description, as required by Section II.F of the Court's CM/ECF Procedures Manual.

5. **Further Deadlines and Trial Date**: Further deadlines, the trial date, and related dates and deadlines will be scheduled at a later date if and when Defendant's dispositive motion is denied.

Dated this 1st day of July, 2025.

*[signature]*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

2