IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION (ST. LOUIS)

| | |
|---|---|
| SARAH GENENBACHER, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>LEE ENTERPRISES, INCORPORATED D/B/A ST. LOUIS POST DISPATCH<br><br>     Defendant. | Case No. 4:25-cv-00084-JAR<br><br>Honorable District Judge Maria A. Lanahan<br><br>STIPULATION TO DISMISS WITHPREJUDICE |

## STIPULATION TO DISMISS WITH PREJUDICE

 The parties, by through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of this action with prejudice.

*[Counsel signature block to follow on next page.]*

1

| | |
|---|---|
| Dated: October 16, 2025 | Dated: October 16, 2025 |
| */s/ Cassandra P. Miller* | *  /s/ Darci F. Madden* |
| Cassandra P. Miller | Darci F. Madden |
| **STRAUSS BORRELLI PLLC** | **BRYAN CAVE LLP - St. Louis** |
| 980 N. Michigan Avenue, Suite 1610 | One Metropolitan Square |
| Chicago, IL 60611 | 211 N. Broadway, Suite 3600 |
| Telephone: (872) 263-1100 | St. Louis, MO 63102 |
| Facsimile: (872) 263-1109 | Telephone: (314) 259-2366 |
| cmiller@straussborrelli.com | darci.madden@bclplaw.com |
| | |
| Anthony I Paronich | Annalisa C. Kolb *(pro hac vice)* |
| **PARONICH LAW PC** | **BRYAN CAVE LLP - Denver** |
| 350 Lincoln St. Ste. 2400 | 1700 Lincoln Street, Suite 4100 |
| Hingham, MA 02043 | Denver, CO 80203 |
| Telephone: (615)485-0018 | Telephone: (303) 866-0390 |
| anthony@paronichlaw.com | annalisa.kolb@bclplaw.com |
| | |
| *Counsel for Plaintiff* | Martha Kohlstrand |
| | **BRYAN CAVE LLP - Colorado Springs** |
| | 90 S. Cascade Avenue, Suite 1300 |
| | Colorado Springs, CO 80903 |
| | Telephone: (303) 417-8516 |
| | martha.kohlstrand@bclplaw.com |
| | |
| | *Counsel for Defendant* |